IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMANTHA MCDONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:21-cv-931 |
| | ) Judge Trauger |
| MADISON FLATS, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On March 29, 2022, the magistrate judge issued a Report and Recommendation (Docket No. 9), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m)(b) of the Federal Rules of Civil Procedure. The Clerk shall enter judgment.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge